966

[redacted]

No. 634, Misc. CASON v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 635, Misc. BYRNES v. ILLINOIS. Supreme Court of Illinois. Certiorari denied.

No. 636, Misc. PUGLIESE v. MASSACHUSETTS. Supreme Judicial Court of Massachusetts. Certiorari denied.

No. 640, Misc. BYERS v. UNITED STATES. C. A. 10th Cir. Certiorari denied. Petitioner *pro se*. *Solicitor General Sobeloff* for the United States.

No. 641, Misc. LANCASTER v. PENNSYLVANIA ET AL. Supreme Court of Pennsylvania, Western District. Certiorari denied.

No. 645, Misc. KELLY v. INDIANA. Supreme Court of Indiana. Certiorari denied.

No. 646, Misc. WORTHINGTON v. FLORIDA. Supreme Court of Florida. Certiorari denied.

No. 647, Misc. MANHAT v. UNITED STATES ET AL. C. A. 2d Cir. Certiorari denied. *William L. Standard* and *Louis R. Harolds* for petitioner. *Solicitor General Sobeloff, Assistant Attorney General Burger, Paul A. Sweeney* and *William W. Ross* for the United States, respondent.

No. 648, Misc. HALL v. ELLIS, GENERAL MANAGER, TEXAS PRISON SYSTEM, ET AL. Court of Criminal Appeals of Texas. Certiorari denied.

No. 649, Misc. WALLACE v. COPIAH COUNTY LUMBER Co. ET AL. Supreme Court of Mississippi. Certiorari